UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPPLY PRO SORBENTS, LLC , <br><br>   Plaintiff(s) <br><br> v. <br><br> RINGCENTRAL, INC. , <br><br>   Defendant(s) | Case No. C 4:16-cv-02113-JSW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
   The Parties have agreed to private mediation at an appropriate time after some discovery but are still discussing which provider and location.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: The Parties intend to discuss an appropriate date with the Court at the case managem

Date: 6/29/2016      Signed: /s/ Tod L. Lewis
                              Attorney for Plaintiff

Date: 6/29/2016      Signed: /s/ Mary Ann L. Wymore
                              Attorney for Defendant

Print Form

☒  IT IS SO ORDERED
☐  IT IS SO ORDERED WITH MODIFICATIONS:

*Jeffrey S. White*
U.S. DISTRICT ~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" *or* "Stipulation & Proposed Order Selecting ENE" *or* "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 6-2016*