IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SUPPLY PRO SORBENTS, LLC, a Texas limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>RINGCENTRAL, INC.,<br><br>    Defendant. | Case No. 16-cv-02113-JSW<br><br>[~~PROPOSED~~] ORDER ON THE PARTIES' STIPULATION TO MODIFY THE BRIEFING SCHEDULE ON DEFENANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation to modify the briefing schedule on Defendant RingCentral, Inc.'s *Motion to Dismiss Plaintiff's Complaint* and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Plaintiff's response to Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 30) shall be filed no later than August 19, 2016;

2. Defendant's reply shall be filed no later than September 19, 2016.

3. The hearing remains scheduled for October 7, 2016, at 9:00 a.m.

**IT IS SO ORDERED:**

Dated: _July 19, 2016_      By: _/s/ Jeffrey S. White_

             HON. JEFFREY S. WHITE
            UNITED STATES DISTRICT JUDGE

1