IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUPPLY PRO SORBENTS, LLC, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>v.<br><br>RINGCENTRAL, INC.,<br><br>                Defendant. | Case No. 4:16-cv-02113-JSW<br><br>**[PROPOSED] ORDER ON STIPULATION FOR ONE-WEEK EXTENSION OF TIME FOR DEFENDANT RINGCENTRAL, INC. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR STAY PURSUANT TO THE PRIMARY JURISDICTION DOCTRINE** |

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation to extend Defendant RingCentral, Inc.'s time to file its reply in support of its *Motion to Dismiss or Stay Pursuant to the Primary Jurisdiction Doctrine* by one week and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendant's reply in support of its *Motion to Dismiss or Stay Pursuant to the Primary Jurisdiction Doctrine* shall be filed no later than August 5, 2016;

2. The hearing on the Motion to Dismiss or Stay Pursuant to the Primary Jurisdiction Doctrine remains scheduled for September 16, 2016, at 9:00 a.m.

IT IS SO ORDERED:

Dated: July 28, 2016                          By: _____
                                                                                  HON. JEFFREY S. WHITE
                                                                                UNITED STATES DISTRICT JUDGE