UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUPPLY PRO SORBENTS, LLC,

          Plaintiff,

    v.

RINGCENTRAL, INC.,

          Defendant.

Case No.  16-cv-02113-JSW

**JUDGMENT**

Pursuant to the Court's Order issued this date, dismissing this case with prejudice, the Court HEREBY ENTERS JUDGMENT.

      IT IS SO ORDERED AND ADJUDGED.

Dated: July 17, 2017

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California

1