Denise L. Díaz, SBN 159516
**DIAZ LAW**
P.O. Box 211444
Chula Vista, CA 91921
Telephone: 650.208.0193
Facsimile:  267.276.6067
E-mail: denise@diaz-law.com

Phillip A. Bock (pro hac vice)
Tod A. Lewis (pro hac vice)
**BOCK, HATCH, LEWIS & OPPENHEIM, LLC**
134 N. La Salle St., Ste. 1000
Chicago, IL  60602
Telephone:  312-658-5500
Facsimile:  312-658-5555

*Attorneys for Plaintiff*
*SUPPLY PRO SORBENTS, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SUPPLY PRO SORBENTS, LLC, a Texas limited liability company, individually and as the representative of a class of similarly-situated persons, | Case No.: 16-cv-02113-JSW |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| RINGCENTRAL, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff Supply Pro Sorbents, LLC appeals to the United States Court of Appeals for the Ninth Circuit from Final Judgment by the Honorable Jeffrey S. White entered on July 17, 2017, in favor of Defendant Ring Central, Inc. and against the Plaintiff [ECF 62 and 63].

Dated: July 28, 17                                  Respectfully submitted,


                                    By:    /s/    Tod A. Lewis
                                           Tod A. Lewis

                                           DIAZ LAW
                                           P.O. Box 211444
                                           Chula Vista, CA 91921
                                           Telephone: 650.208.0193
                                           Facsimile:  267.276.6067
                                           E-mail: denise@diaz-law.com

                                           Phillip A. Bock (pro hac vice)
                                           Tod A. Lewis (pro hac vice)
                                           BOCK, HATCH, LEWIS & OPPENHEIM, LLC
                                           134 N. La Salle St., Ste. 1000
                                           Chicago, IL  60602
                                           Telephone:  312-658-5500

                                           *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on July 28, 2017 with a copy of this filing via the Court's CM/ECF system.

                    /s/     Tod A. Lewis