UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 05 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SUPPLY PRO SORBENTS, LLC,

       Plaintiff - Appellant,

v.

RINGCENTRAL, INC.,

       Defendant - Appellee.

No. 17-16528

D.C. No. 4:16-cv-02113-JSW
U.S. District Court for Northern California, Oakland

**MANDATE**

       The judgment of this Court, entered November 20, 2018, takes effect this date.

       This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT

       By: Rhonda Roberts
       Deputy Clerk
       Ninth Circuit Rule 27-7